United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 19-00200-KSJ
Allen W Harden                                                  Chapter 7
Darla G Harden
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113A-6          User: hjeff              Page 1 of 1            Date Rcvd: Jan 14, 2019
                              Form ID: 309A            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db/jdb         +Allen W Harden,   Darla G Harden,   4913 Chuluota Rd.,   Orlando, FL 32820-1122
27991163       +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: baronandy@aol.com Jan 15 2019 00:29:00      Andrew C Baron,
                 Law Office of Andrew Baron,   1803 East Kaley Street,   Orlando, FL  32806
tr             +E-mail/Text: dkennedy@iq7technology.com Jan 15 2019 00:30:45      Dennis D Kennedy,
                 P. O. Box 541848,   Merritt Island, FL 32954-1848
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jan 15 2019 00:29:47
                 United States Trustee - ORL7/13,   Office of the United States Trustee,
                 George C Young Federal Building,   400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
27991156       +EDI: CITICORP.COM Jan 15 2019 05:13:00      At&T Universal Citi Card,   Po Box 6500,
                 Sioux Falls, SD 57117-6500
27991157       +EDI: BANKAMER.COM Jan 15 2019 05:13:00      Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
27991158       +EDI: CAPITALONE.COM Jan 15 2019 05:13:00      Capital One,   Attn: Bankruptcy,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
27991159       +EDI: HCA2.COM Jan 15 2019 05:13:00      Central Fl Regional Hosp,   NPAS Inc,   PO Box 99400,
                 Louisville, KY 40269-0400
27991160       +EDI: CHASE.COM Jan 15 2019 05:13:00      Chase,   Attn: Correspondence Dept,   Po Box 15298,
                 Wilmingotn, DE 19850-5298
27991161       +EDI: CHASE.COM Jan 15 2019 05:13:00      Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850-5298
27991162       +EDI: CHASE.COM Jan 15 2019 05:13:00      Chase Card Services,   Attn: Correspondence,
                 Po Box 15278,   Wilmington, DE 19850-5278
27991164       +EDI: DISCOVER.COM Jan 15 2019 05:13:00      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
27991154        EDI: FLDEPREV.COM Jan 15 2019 05:13:00      Florida Department of Revenue,   Bankruptcy Unit,
                 Post Office Box 6668,   Tallahassee FL 32314-6668
27991155        EDI: IRS.COM Jan 15 2019 05:13:00      Internal Revenue Service,   Post Office Box 7346,
                 Philadelphia PA 19101-7346
27991153       +E-mail/Text: Bankruptcy@octaxcol.com Jan 15 2019 00:29:32      Orange County Tax Collector,
                 PO Box 545100,   Orlando FL 32854-5100
27991165       +E-mail/Text: jennifer.chacon@spservicing.com Jan 15 2019 00:30:53      Select Portfolio Serv,
                 Po Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              Andrew C Baron    on behalf of Joint Debtor Darla G Harden baronandy@aol.com,
               r56200@notify.bestcase.com
              Andrew C Baron    on behalf of Debtor Allen W Harden baronandy@aol.com, r56200@notify.bestcase.com
              Dennis D Kennedy    trustee@ddkennedy.com, dkennedy@iq7technology.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Allen W Harden** | Social Security number or ITIN **xxx–xx–2368** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | **Darla G Harden** | Social Security number or ITIN **xxx–xx–2912** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter **7**  **1/11/19** |
| Case number: | **6:19–bk–00200–KSJ** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Allen W Harden | Darla G Harden |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4913 Chuluota Rd. Orlando, FL 32820 | 4913 Chuluota Rd. Orlando, FL 32820 |
| 4. | **Debtor's attorney** Name and address | Andrew C Baron Law Office of Andrew Baron 1803 East Kaley Street Orlando, FL 32806 | Contact phone (407) 898–5232  Email: baronandy@aol.com |
| 5. | **Bankruptcy Trustee** Name and address | Dennis D Kennedy P. O. Box 541848 Merritt Island, FL 32954 | Contact phone (321) 455–9744 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: January 14, 2019 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **February 12, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:<br><br>**George C. Young Courthouse, Suite 1203–B, 400 West Washington Street, Orlando, FL 32801** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** April 15, 2019 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day | |

except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**