ORDERED.

Dated: March 05, 2019

_Karen S. Jennemann_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Allen Harden
Darla Harden,

   Debtor.         /

Case No. 6:19-bk-00200-KSJ
Chapter 7

## ORDER AUTHORIZING THE RETENTION OF BK GLOBAL REAL ESTATE SERVICES AND CENTURY 21 CARIOTI

THIS CASE came on for consideration without hearing on the Trustee's Application to Retain BK Global Real Estate Services and Century 21 CARIOTI upon the Notice and Application of Dennis Kennedy, the trustee in the above-captioned case ("Trustee"), to *Retain BK Global Real Estate Services and Century 21/Kavita Uttamchandani to Procure Consented Public Sale pursuant to 11 U.S.C. §§ 327, 328 and 330* ("Application") [Docket No. 17], the Court concludes that BK Global Real Estate Services and Century 21 CARIOTI do not hold or represent any interest adverse to the estate and are disinterested persons within the meaning of Section 101(14) of the Bankruptcy Code. The Court further concludes that BK Global Real Estate Services and Century 21 CARIOTI are

qualified to represent the Trustee and that the Court's authorization of their employment is in the best interest of the estate.

Accordingly, it is

ORDERED the Application is granted and the Court approves the retention of BK Global Real Estate Services and Century 21 CARIOTI to sell real property located at 4913 Chuluota Rd., Orlando, FL 32820. All compensation authorized is subject to provisions of Section 330 of the Bankruptcy Code.

Trustee Dennis D. Kennedy is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.