ORDERED.

**Dated:  April 26, 2019**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

                                       CASE NO.: 6:19-bk-00200-KSJ

ALLEN W HARDEN

                                       CHAPTER: 7

                 Debtor(s).
_____/

**AGREED ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR
RELIEF FROM STAY OF SELECT PORTFOLIO SERVICING, INC. [doc #20]**

        THIS CASE came on for consideration without hearing on the Motion for Relief from Stay

filed by **SELECT PORTFOLIO SERVICING, INC. SERVICER FOR U.S. BANK

NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO

WACHOVIA BANK, N.A., AS TRUSTEE, FOR J.P. MORGAN MORTGAGE TRUST

2005-S2** (Document No.20) (the "Motion").  The Motion was served by negative notice, however,

the Trustee Agrees to the submission of this Order.

Accordingly, it is **ORDERED**:

1. The Motion for Relief from Stay (Doc. No. 20) is Granted in Part and Denied in Part, as set forth herein.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's, its successors and/or assigns, interest in the following property:

   **Lot 3, Picketts Cove, according to the plat thereof as recorded in Plat Book 25, Page 10, of the Public Records of Orange County, Florida.**

   **AKA: 4913  Chuluota Rd, Orlando, FL 32820**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

4. The relief in this Order shall not become effective until July 19, 2019, on which date the stay shall be lifted without further Order.

5. Secured Creditor must pre-approve any sale or "short sale."

Attorney Brian Rosaler is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order

18-46635B